UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **JOHN J GRIFFIN** | **CASE NO. 3:20-CV-01189** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **HUNT GUILLOT & ASSOCIATES L L C** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**JUDGMENT OF DISMISSAL**

Considering the foregoing Voluntary Motion to Dismiss [Doc. No. 69] (styled "Joint Rule 41 Dismissal"),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion is **GRANTED**, and Plaintiffs claims against Defendant are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs.

MONROE, LOUISIANA, this 23rd day of March 2022.

_____
Terry A. Doughty
United States District Judge